UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,

                Plaintiff,

           - against -

VIBES SPORTS BAR AND CAFÉ, INC. d/b/a
VIBES SPORTS BAR AND CAFÉ, and BERTEL
WALKER,

                Defendants.
-------------------------------------------------------------------X

**ORDER**
10-CV-127 (RRM) (ALC)

**MAUSKOPF, United States District Judge.**

By Motion filed August 31, 2010, Plaintiff Kingvision Pay-Per-View, Ltd. ("Plaintiff") moved for default judgment as to Defendants Vibes Sports Bar and Café, Inc. d/b/a Vibes Sports Bar and Café, and Bertel Walker ("Defendants"). (Doc. No. 4.) By Order entered September 1, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable Andrew L. Carter, Jr., for a Report and Recommendation. On March 15, 2011, Judge Carter issued a Report and Recommendation (the "R&R") recommending that Plaintiff's motion be granted. (Doc. No. 8.) Judge Carter reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due by March 29, 2011. (*Id.*) No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ORDERED that judgment enter in favor of Plaintiff as against Defendants in the amount of $16,045.40, limited to a single recovery against the individual defendant and the corporate defendant, jointly and severally. The Clerk of Court shall enter judgment accordingly, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
April 5, 2011

s/Roslynn R. Mauskopf

_____
ROSLYNN R. MAUSKOPF
United States District Judge